

**Entered on Docket**
**August 20, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

**E-FILED AUGUST 13, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for WELLS FARGO BANK, NA dba AMERICA'S SERVICING COMPANY

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| ADAN RODRIGUEZ and | ) Case No. S-10-21243-MKN |
| LINET P. RODRIGUEZ, | ) |
| | ) Hearing Date: July 28, 2010 |
| | ) Hearing Time: 10:00 a.m. |
| Debtors, | ) Location:    Foley Federal Building |
| | )                 Courtroom No. 2 |
| _____ ) | |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO BANK, NA dba AMERICA'S

SERVICING COMPANY and its successors and/or assigns came on regularly for hearing before this

court on July 28, 2010, appearances as noted on the record. No timely opposition having been filed, the

court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is

granted.

///

///

1    IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

2  property commonly known as 4630 Sparta Way, North Las Vegas, NV 89032.

3  SUBMITTED BY:

4

5  /s/ *Kevin Hahn*
   KEVIN HAHN

6  Nevada Bar No. 9821
   608 South 8th Street

7  Las Vegas, NV 89101
   (800) 741-8806 Phone

8  Attorneys for WELLS FARGO BANK, NA
   dba AMERICA'S SERVICING COMPANY

9
                    RULE 9021 CERTIFICATION

10

11    In accordance with Local Rule 9021, counsel submitting this document certifies
      that the order accurately reflects the court's ruling and that:

12

13  ____ The Court has waived the requirement set forth in LR 9021(b)(1).

14  ____ No party appeared at the hearing or filed an objection to the motion.

15   X   I have delivered a copy of this proposed order to all counsel who appeared at the
         hearing, and any unrepresented parties who appeared at the hearing, and each has

16       approved or disapproved the order, or failed to respond, as indicated below:

17       BRIAN D. SHAPIRO, Trustee: _____

18

19       Approved_____        Disapproved_____        Failed to Respond ____X____

20  ____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
         with the motion pursuant to LR 9014(g), and that no party has objected to the form or

21       content of the order.

22                                       ###

23

24

25

26

27

28